IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TAOFEEK A. QUADRI                                                                                          PLAINTIFF

v.                                              Civil No. 4:16-cv-04003

THE UNITED STATES                                                                                     DEFENDANT

## ORDER

Plaintiff, Taofeek Quadri, submitted this *pro se* action for filing. The Plaintiff also submits what is titled a "Court Fee Waiver" which appears to be a request to proceed *in forma pauperis*. However, his application is not on the court approved form. For this reason, the Clerk is directed to send a new Application To Proceed Without Prepayment to the Plaintiff. **The Plaintiff is directed to submit a fully complete Application to Proceed Without Prepayment of Fee (IFP application) on or before January 22, 2016**. Failure to comply with this Order may result in the dismissal of the Complaint filed herein. The matter of service will be determined at a later time

**IT IS SO ORDERED this 6th day of January, 2016.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE