IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TAOFEEK A. QUADRI                                                                                    PLAINTIFF

v.                                    Cause No. 4:16-cv-04003

THE UNITED STATES and
ERIC .K. FANNING, SECRETARY OF THE ARMY;                          DEFENDANTS

### ORDER

Before this Court is Plaintiff Taofeek A. Quadri's Motion for Service. ECF No. 2. The Court previously granted Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*. ECF No. 6. The Court now **GRANTS** Plaintiff's Motion for Service.

This Court directs the U.S. Marshal to serve a copy of the Complaint filed on January 5, 2016 (ECF No. 1), and a copy of this order on Defendants by serving:

    Deborah Groom
    U.S. Attorney's Office
    414 Parker Avenue
    Fort Smith, Arkansas 72901

without prepayment of fees and costs or security thereof. Defendants are ordered to answer within sixty (60) days from the date of service.

The Clerk is directed to prepare and issue a summons and an USM 285.

**IT IS SO ORDERED this  day of March 2016.**

                                                            /s/ Barry A. Bryant
                                                            HON. BARRY A. BRYANT
                                                            U.S. MAGISTRATE JUDGE